LOUIS DOCHTER, as Administrator of the Estate of MOLLIE DOCHTER, Deceased, Respondent, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.

(Argued February 28, 1935; decided March 19, 1935.)

*James D. Ewing* and *Peter C. Mann* for appellant.
*A. H. Waisman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.